

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARTIN VINCENT HARRIS <br> Defendant. | Case No.: CR 92-00528-ABC-2 <br> ORDER OF DETENTION <br> [Fed. R. Cim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　The Court finds that:

A.　(✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offense, including leaving RRC without notifying Probation of his whereabouts; insufficient bail resources_

　　　and/or

1  B.  ( ) The defendant has not met his/her burden of establishing by clear and
2      convincing evidence that he/she is not likely to pose a danger to the safety of any
3      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4      finding is based on: _____
5  _____
6  _____
7  _____
8
9      IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.
11
12 Dated: Jan. 27, 2010                      /s/ Alicia G. Rosenberg
                                              ALICIA G. ROSENBERG
13                                            United States Magistrate Judge