

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>　*[signature]*<br>　　　　Defendant. | 92-528 ABC<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(　)　the safety of any person or the community.

//

//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

see PSA report

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

see PSA report

IT IS ORDERED that defendant be detained.

DATED: 5/4/11

*/s/ Stephen J. Hillman*
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE